# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00113-CV

**Jerry Lavone Lively Jr., Appellant**

**v.**

**Michelle Anne Lively, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2021-0654B, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jerry Lavone Lively Jr. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellant's Motion

Filed: June 30, 2023